RECEIVED
IN MONROE, LA
JUN 23 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RANDEAN J. HENRY** | **CIVIL ACTION NO. 06-0305** |
| **VS.** | **SECTION P** |
| **RICHARD L. STALDER, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B)(i) and (ii) and 28 U.S.C. §1915A(b)(1). To the extent that Plaintiff sought to bring a state court claim under Louisiana Revised Statute 15:1111, this claim is **DISMISSED WITHOUT PREJUDICE** to his right to pursue a state court action.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 23 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE